UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

COLONIAL INVESTMENT MANAGEMENT LLC,
COLONIAL FUND LLC, and
CARY G. BRODY,

    Defendants.

07 CIV 8849 (PKC)
ELECTRONIC FILING

---

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered an appearance as counsel in this case for plaintiff Securities and Exchange Commission, and is admitted to practice in this court.

    Valerie A. Szczepanik
    Securities and Exchange Commission
    3 World Financial Center – RM 400
    New York, New York 10281-1022
    Ph: 212.336.0175
    Fx: 212.336.1317
    szczepanikv@sec.gov

Executed:    October 22, 2007
              New York, New York

                        _____
                        VALERIE A. SZCZEPANIK
                        Attorney for Plaintiff
                        Securities and Exchange Commission
                        New York Regional Office
                        3 World Financial Center – RM 400
                        New York, NY 10281-1022
                        Ph: (212) 336-0184
                        Fax: (212) 336-1348
                        Email: szczepanikv@sec.gov