UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>COLONIAL INVESTMENT MANAGEMENT LLC,<br>COLONIAL FUND LLC, and<br>CARY G. BRODY,<br><br>Defendants. | 07 CIV 8849 (PKC)<br>ELECTRONIC FILING |

---

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered an appearance as counsel in this case for plaintiff Securities and Exchange Commission, and is admitted to practice in this court.

> Laura V. Yeu
> Securities and Exchange Commission
> 3 World Financial Center – RM 400
> New York, New York  10281-1022
> Ph: 212.336.0187
> Fx: 212.336.1322
> YeuL@sec.gov

Executed:  October 22, 2007
           New York, New York

_____
LAURA V. YEU
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center – RM 400
New York, NY  10281-1022
Ph:  (212) 336-0187
Fax: (212) 336-1322
Email: YeuL@sec.gov