UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

COLONIAL INVESTMENT
MANAGEMENT LLC,
COLONIAL FUND LLC, and
CARY G. BRODY,

    Defendants.

07 CIV 8849 (PKC)
ELECTRONIC FILING

---

## DECLARATION OF SERVICE

I, LAURA V. YEU, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of this Court and the attorney for Plaintiff, United States Securities and Exchange Commission ("Commission"), and am employed at the Commission's New York Regional Office.

2. On October 3, 2007, the Commission staff had a telephone conversation with Ira Lee Sorkin, Esq., who agreed to accept service of a Summons and Complaint in the above-captioned matter on behalf of each of the defendants in this case, Colonial Investment Management LLC, Colonial Fund LLC, and Cary G. Brody, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

3. On October 15, 2007, the Commission staff served a copy of a Summons and Complaint in the above-captioned matter upon each of the defendants, Colonial Investment

Management LLC, Colonial Fund LLC, and Cary G. Brody, by causing true and correct copies thereof to be transmitted by Federal Express for overnight delivery to the office of their attorney, Ira Lee Sorkin, Esq., at Dickstein Shapiro LLP.

4. A copy of the Summons to each defendant is attached hereto as "Exhibit A".

Upon information and belief, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   October 22, 2007
            New York, New York

_____
LAURA V. YEU
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY  10281-1022
Ph: (212) 336-0187
Fax: (212) 336-1322
Email: YeuL@sec.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing Plaintiff Securities and Exchange Commission's Declaration of Service by mailing a copy of same via overnight mail prepaid on this 22nd day of October, 2007 to:

Ira Lee Sorkin
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036-2714

 

LAURA V. YEU
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY 10281-1022
(212) 336-0187

# Exhibit A

**JUDGE CASTEL**

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Securities and Exchange Commission

V.

Colonial Investment Management LLC, Colonial Fund LLC, and Cary G. Brody

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8849**

TO: (Name and address of Defendant)

Colonial Investment Management LLC
c/o Ira Lee Sorkin, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Valerie A. Szczepanik, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              OCT 1 5 2007

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE CASTEL

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Securities and Exchange Commission

V.

Colonial Investment Management LLC, Colonial Fund LLC, and Cary G. Brody

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 8849**

TO: (Name and address of Defendant)

Colonial Fund LLC
c/o Ira Lee Sorkin, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Valerie A. Szczepanik, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                       OCT 15 2007

CLERK

(By) DEPUTY CLERK                                            DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Securities and Exchange Commission

V.

Colonial Investment Management LLC, Colonial Fund LLC, and Cary G. Brody

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CIV 8849**

TO: (Name and address of Defendant)

Cary G. Brody
c/o Ira Lee Sorkin, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Valerie A. Szczepanik, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                 OCT 1 5 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

                                         _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.