UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SECURITIES AND EXCHANGE        :   07 CIV 8849 (PKC)
COMMISSION,                    :
:
:
            Plaintiff,         :   ELECTRONIC FILING
:
Vs.                            :
:
COLONIAL INVESTMENT            :
MANAGEMENT LLC, COLONIAL FUND  :   **NOTICE OF APPEARANCE**
LLC, AND CARY G. BRODY,        :
:
:
            Defendants.        :
:
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Ira Lee Sorkin and Nicole Wrobleski hereby appear in this action on behalf of Defendants COLONIAL INVESTMENT MANAGEMENT LLC, COLONIAL FUND LLC, AND CARY G. BRODY.

Executed:   October 24, 2007
               New York, New York

                                        DICKSTEIN SHAPIRO LLP

                                        By:_____s/_____
                                           Ira Lee Sorkin (IS-8884)
                                           Nicole Wrobleski (NW-0902)
                                   1177 Avenue of the Americas
                                   New York, New York  10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501
                                   sorkini@dicksteinshapiro.com
                                   *Attorneys for Defendants Colonial Investment Management LLC, Colonial Fund LLC, and Cary G. Brody.*

                                          By:_____/s_____
                                           Nicole Wrobleski (NW-0902)
                                           debellon@dicksteinshapiro.com

275079.01

## Certificate of Service

I hereby certify that on October 24, 2007, the foregoing document was filed in accordance with the Federal Rules of Civil procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

>Valerie A. Szczepanik, Esq.
>Laura V. Yeu, Esq.
>Securities and Exchange Commission
>3 World Financial Center – Room 400
>New York, New York 10281

>s/Nicole Wrobleski
>Nicole Wrobleski
>Dickstein Shapiro LLP
>1177 Avenue of the Americas
>New York, New York  10036
>(212) 277-6500
>Attorneys for Defendants

275079.01