UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SECURITIES AND EXCHANGE             :   07 CIV 8849 (PKC)
COMMISSION,                         :
                                    :
              Plaintiff,            :   ELECTRONIC FILING
                                    :
       Vs.                          :
                                    :
COLONIAL INVESTMENT                 :   **DISCLOSURE PURSUANT TO**
MANAGEMENT LLC, COLONIAL FUND       :   **FED. R. CIV. P. 7.1**
LLC, AND CARY G. BRODY,             :
                                    :
              Defendants.           :
                                    :
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants, Colonial Investment Management LLC and Colonial Fund LLC, hereby state the following:

1. Colonial Investment Management LLC and Colonial Fund LLC are not publicly held corporations.

2. There are no parent corporations of Colonial Investment Management LLC or Colonial Fund LLC.

3. There are no corporations or other publicly held entities that own ten percent or more of the stock of Colonial Investment Management LLC or Colonial Fund LLC.

4.   There is no publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation.

Executed:   October 24, 2007
           New York, New York

                                                  DICKSTEIN SHAPIRO LLP

                                                  By:_____/s_____
                                                    Ira Lee Sorkin (IS-8884)
                                                    Nicole Wrobleski (NW-0902)
                                              1177 Avenue of the Americas
                                              New York, New York  10036
                                              Phone: (212) 277-6500
                                              Fax: (212) 277-6501
                                              sorkini@dicksteinshapiro.com
                                              *Attorneys for Defendants Colonial Investment Management LLC, Colonial Fund LLC, and Cary G. Brody.*

## Certificate of Service

I hereby certify that on October 24, 2007, the foregoing document was filed in accordance with the Federal Rules of Civil procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Valerie A. Szczepanik, Esq.
Laura V. Yeu, Esq.
Securities and Exchange Commission
3 World Financial Center – Room 400
New York, New York 10281

                                                  /s
                                           Nicole Wrobleski
                                           Dickstein Shapiro LLP
                                           1177 Avenue of the Americas
                                           New York, New York  10036
                                           (212) 277-6500
                                           Attorneys for Defendant