UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
SECURITIES AND EXCHANGE           :    07 CIV 8849 (PKC)
COMMISSION,                       :
:
            Plaintiff,            :
:
    Vs.                           :    **Stipulation and Order Extending**
:    **Time to Answer**
:
COLONIAL INVESTMENT               :
MANAGEMENT LLC, COLONIAL FUND     :
LLC, AND CARY G. BRODY,           :
:
:
            Defendants.           :
:
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

Plaintiff Securities and Exchange Commission and Defendants Colonial Investment

Management LLC, Colonial Fund LLC, and Cary G. Brody that Defendants' time to serve an

answer or otherwise file a responsive pleading to the Complaint is hereby extended until and

including thirty (30) days after November 4, 2007.

Executed:   October 31, 2007
            New York, New York

SECURITIES AND EXCHANGE                    DICKSTEIN SHAPIRO LLP
COMMISSION

By: _____               By: _____
    Valerie A. Szczepanik                      Ira Lee Sorkin
    3 World Financial Center – RM 400          1177 Avenue of the Americas
    New York, New York  10281                  New York, New York  10036
    Phone: (212) 336-0175                      Phone: (212) 277-6576
    Fax: (212) 336-1348                        Fax: (212) 277-6501
    Attorney for Plaintiff                     Attorney for Defendants

1

276459

SO ORDERED:

_____
P. Kevin Castel
United States District Judge

11-2-07

276459