

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281-1022

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07
```

WRITER'S DIRECT DIAL LINE
(212) 336-0175

# MEMO ENDORSED

November 8, 2007

**BY FACSIMILE TO 212.805.7949**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   <u>SEC v. Colonial Investment Management LLC, et al.</u>, 07 cv 8849 (PKC)

Dear Judge Castel:

    Plaintiff Securities and Exchange Commission writes to inform the Court of its intention to file an Amended Complaint in the above-captioned case. The Commission intends to file its Amended Complaint prior to the pre-trial conference, currently scheduled for 9:30 a.m. on November 15, 2007. During yesterday's pre-motion conference, the Court authorized the filing of an Amended Complaint and asked that the Commission transmit this letter notification by facsimile to Your Honor's chambers.

*Leave to amend is granted without opposition.*
*SO ORDERED.*
*[signature] USDJ 11-9-07*

Respectfully submitted,

*[signature]*
Valerie A. Szczepanik
Senior Trial Counsel

Cc: Ira Lee Sorkin, Esq. (by facsimile)