UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

Securities and Exchange Commission,

                Plaintiff,

    - against -

Colonial Investment Management LLC,
Colonial Fund LLC, and
Cary G. Brody,

                Defendants.

------------------------------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

07 Civ. 8849 (PKC)

REVISED CIVIL CASE
MANAGEMENT PLAN AND
SCHEDULING ORDER

This Revised Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16(f), Fed. R. Civ. P.

1. ~~All parties do not consent to conducting all further proceedings before a Magistrate Judge.~~

2. ~~This case is not to be tried to a jury.~~

3. ~~Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by the completion of fact discovery.~~

4. ~~Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed not later than 30 days from the date of this Order.~~

5. All _fact_ discovery shall be completed no later than April 30, 2008.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. ~~The following interim deadlines may be extended by written consent of all parties without application to~~ the Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:

    a. Initial requests for production of documents to be served by December 14, 2007.

    b. Interrogatories to be served by December 14, 2007.

    c. Depositions to be completed by April 28, 2008.

      d. Requests to Admit to be served no later than May 1, 2008.

7.    a. All expert discovery shall be completed no later than June 15, 2008.

    b. No later than thirty (30) days prior to the date in paragraph 5, i.e. the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) plaintiff(s)' expert report(s) shall be due before those of defendant(s)' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8. All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements. Pursuant to the authority of Rule 16(b)(2), Fed. R. Civ. P., a motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within fourteen (14) days of the close of fact discovery (see paragraph 5 hereof).

9. All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10. The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions in limine (for which the premotion conference requirement is waived) shall be fild by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P. If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

11. Counsel for the parties have conferred and their present best estimate of length of trial is: 5 days.

**TO BE COMPLETED BY THE COURT:**

12. [Other directions to the parties]

13. The next Case Management is scheduled for June 16, 2008 at ~~2:00pm~~ 12:45 p.m.

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

                                                      P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
      2-25-08