UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                    Plaintiff,          :
                                        :
        -against-                       :
                                        :
COLONIAL INVESTMENT                     :     07 CIV 8849 (PKC)
MANAGEMENT LLC,                         :     ELECTRONIC FILING
COLONIAL FUND LLC, and                  :
CARY G. BRODY,                          :
                                        :
                    Defendants.         :
                                        :

---

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered an appearance as counsel in this case for plaintiff Securities and Exchange Commission, and is admitted to practice in this court.

>   Linda L. Arnold
>   Securities and Exchange Commission
>   3 World Financial Center – RM 400
>   New York, New York 10281-1022
>   Ph: 212.336.0022
>   Fx: 212.336.1350
>   arnoldl@sec.gov

Executed:   March 11, 2008
            New York, New York

_____
LINDA L. ARNOLD
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center – RM 400
New York, NY 10281-1022
Ph: (212) 336-0022
Fax: (212) 336-1350
Email: arnoldl@sec.gov