VALERIE A. SZCZEPANIK
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – RM 400
New York, New York 10281-1022
(212) 336-0175

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| COLONIAL INVESTMENT MANAGEMENT LLC, COLONIAL FUND LLC, and CARY G. BRODY, | : : : : : | 07 CIV 8849 (PKC) |
| | : | |
| Defendants. | : | |

_____

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support of Motion for Protective Order to Quash Deposition Subpoena, the exhibits annexed thereto, and all prior pleadings and proceedings had herein, Plaintiff Securities and Exchange Commission moves this Court, pursuant to Federal Rules of Civil Procedure 26 and 45(c)(3)(A), for a protective order to quash a deposition subpoena issued by Defendants for the deposition

of Dr. Erik R. Sirri, Director of the Commission's Division of Trading and Markets, and for such other and further relief as the Court deems just and proper.

Dated: April 11, 2008.

        s/ Valerie A. Szczepanik
        VALERIE A. SZCZEPANIK
        Attorney for Plaintiff
        Securities and Exchange Commission
        New York Regional Office
        3 World Financial Center – RM 400
        New York, NY  10281-1022
        Ph: (212) 336-0175
        Fx: (212) 336-1317
        szczepanikv@sec.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused a true and correct copy of the foregoing Notice of Motion and accompanying Memorandum in Support of Motion for Protective Order to Quash Deposition Subpoena to be filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Southern District of New York's Local Rules and/or the Southern District of New York's Rules on Electronic Service, on April 11, 2008, upon the following parties and participants:

Ira Lee Sorkin, Esq.  
Dickstein Shapiro LLP  
1177 Avenue of the Americas  
New York, New York  10036  
Attorney for the Defendants

                                                 s/ Valerie A. Szczepanik  
                                                 VALERIE A. SZCZEPANIK  
                                                 Attorney for Plaintiff  
                                                 Securities and Exchange Commission  
                                                 New York Regional Office  
                                                 3 World Financial Center – RM 400  
                                                 New York, NY  10281-1022  
                                                 Ph: (212) 336-0175  
                                                 Fx: (212) 336-1317  
                                                 szczepanikv@sec.gov