```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEC

                                Plaintiff(s),

      - against -

COLONIAL INVESTMENT, et al.

                               Defendant(s).
------------------------------------------------------------x

07 Civ. 8849 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to July 11, 2008.

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to August 29, 2008.

3. Other directions to the parties:

4. The next Case Management Conference [the Final Pretrial Conference] will be held on September 19, 2008 at 10:00am am/pm. Any conference scheduled for a date prior thereto is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

                                              */s/ P. Kevin Castel*
                                              P. Kevin Castel
                                          United States District Judge

Dated:   New York, New York
            5-30-08