# MEMO ENDORSED

## DICKSTEINSHAPIRO LLP

1177 Avenue of the Americas | New York, NY 10036-2714
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

May 30, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

**BY FACSIMILE TO 212.805.7949**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re:   SEC v. Colonial Investment Management LLC, et. al., 07 cv 8849 (PKC)

Dear Judge Castel:

We represent Defendants Colonial Investment Management LLC, Colonial Fund LLC, and Cary G. Brody ("Defendants") in the above captioned matter. We respectfully submit this letter pursuant to a telephone conversation with Your Honor's Chambers this morning, advising Defense counsel to propose a date certain by which to file and serve its Answer to Plaintiff's amended complaint, which was filed on November 13, 2007 ("Amended Complaint").

On May 22, 2008, Your Honor issued a Memorandum and Order denying Defendants motion to dismiss pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure. Accordingly, Defendants respectfully propose **June 11, 2008** as the date by which Defendants' Answer to the Amended Complaint shall be filed and served.

Respectfully submitted,

*Ira Lee Sorkin / BMB*

Ira Lee Sorkin
(212) 277-6576
sorkini@dicksteinshapiro.com

cc:  Valerie A. Szczepanik, Esq. (by facsimile)

**DICKSTEIN**SHAPIRO LLP
The Honorable P. Kevin Castel
May 30, 2008
Page 2

*Application granted*

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 30, 2008