UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                               Plaintiff,

     - against -

COLONIAL INVESTMENT MANAGEMENT LLC
                  Defendant.
----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

07 Civ.8849 (PKC)

REVISED CIVIL CASE
MANAGEMENTPLAN AND

     The Civil Case Management Plan and Scheduling Order is modified as follows:

1.     The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to _July 25, 2008_ ;

2.     The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is ~~extended to~~ _UNCHANGED_ ;

3.     Other directions to the parties:

4.     The next Case Management Conference [the Final Pretrial Conference] will be held on _September 19_ at _10:00_ am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

5.     In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
June 24, 2008