AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br> *Plaintiff* <br> v. <br> COLONIAL INVESTMENT MANAGEMENT LLC <br> *Defendant* | ) ) ) ) ) | Case No.   07 Civ. 8849 (PKC) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission (in addition to other counsel of record)

Date:    07/21/2010

*Attorney's signature*

JOHN J. GRAUBARD JG-4854
*Printed name and bar number*

Securities and Exchange Commission
3 World Financial Center
New York, New York 10281-1022

*Address*

graubardj@sec.gov
*E-mail address*

(212) 336-0084
*Telephone number*

(212) 336-1319
*FAX number*