UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 07 Civ. 8849 (PKC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | |
| COLONIAL INVESTMENT MANAGEMENT, LLC, | : | |
| COLONIAL FUND LLC, and CARY G. BRODY, | : | |
| | : | |
| Defendants. | : | **ECF CASE** |
| | : | |

## MOTION FOR TURNOVER ORDER
### (FED. R. CIV. P. 69(a) and NY CPLR 5225(b))

The plaintiff – judgment creditor Securities and Exchange Commission (the

"Commission") moves pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and New

York Civil Practice Law and Rules ("NY CPLR") 5225(b) for an order directing JPMorgan

Chase Bank, N.A. ("JPMorgan"), to turn over to the Commission the funds on deposit in account

number XXXXXXXX1465 in the name of the defendant – judgment debtor Colonial Investment

Management, LLC ("CIM") up to the amount due and owing to the Commission jointly from

CIM and from the defendant – judgment debtor Cary G. Brody ("Brody"), which is as of

September 20, 2010 $982,053.49, together with postjudgment interest thereon through the date

of payment.

The Commission further moves that the Court issue an order to show cause, directing

CIM and Brody, and Felecia Brody, who may have an adverse claim to such funds, to show

cause why such motion should not be granted, and an order reinstating the restraining notice

previously served upon JPMorgan with respect to account number XXXXXXXX1465 pending

the determination of this motion, and providing for service upon JPMorgan.

In support of this motion the Commission submits the Declaration of John J. Graubard and the exhibits thereto, the Declaration of John J. Graubard pursuant to Local Civil Rule 6.1(d) as to why an order to show cause should be granted, and a Memorandum of Law.

Dated:      New York, New York
             September 20, 2010

 

JOHN J. GRAUBARD
VALERIE A. SZCZEPANIK
LAURA YEU
Attorneys for Plaintiff – Judgment Creditor
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Tel.:         212-336-0084
Fax:        212-336-1319
E-mail:     graubardj@sec.gov