UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 07 Civ. 8849 (PKC) |
| Plaintiff, | : | |
| - against - | : | |
| COLONIAL INVESTMENT MANAGEMENT, LLC, COLONIAL FUND LLC, and CARY G. BRODY, | : | |
| Defendants. | : | ECF CASE |

## DECLARATION OF LEONARD N. SCHMIDT

LEONARD I. SCHMIDT declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a paralegal specialist in the New York Regional Office of the Securities and Exchange Commission. I am personally familiar with the facts set forth herein. I am over 18 years old and I believe in the obligations of an oath.

2. On September 20, 2010, at 2:27 P.M., I personally served a copy of the following documents in the above action upon Linda Platone, Legal Department, JPMorgan Chase Bank, N.A., at One Chase Manhattan Plaza, New York, New York 10005:

   a. Order to Show Cause;

   b. Motion for Turnover Order;

   c. Declaration of John J. Graubard and Exhibits;

   d. Declaration of John J. Graubard pursuant to Local Civil Rule 6.1; and

   e. Memorandum of Law.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on September 21, 2010.

*[signature]*
LEONARD N. SCHMIDT