UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | 07 Civ. 8849 (PKC) |
| Plaintiff, | : | |
| - against - | : | |
| COLONIAL INVESTMENT MANAGEMENT, LLC, COLONIAL FUND LLC, and CARY G. BRODY, | : | |
| Defendants. | : | ECF CASE |

## DECLARATION OF JOHN J. GRAUBARD

JOHN J. GRAUBARD declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a senior attorney in the New York Regional Office of the Securities and Exchange Commission. I am personally familiar with the facts set forth herein. I am over 18 years old and I believe in the obligations of an oath.

2. On September 20, 2010, I sent by overnight courier service, UPS, a copy of the following documents in the above action to counsel shown in paragraph 3 below:

   a. Order to Show Cause;

   b. Motion for Turnover Order;

   c. Declaration of John J. Graubard and Exhibits;

   d. Declaration of John J. Graubard pursuant to Local Civil Rule 6.1; and

   e. Memorandum of Law.

3. Service was made upon:

>Lara J. Brody, Esq.
>Counsel for Defendants
>Lieberman Brody LLP
>1370 6th Avenue
>New York, NY 10019
>
>Richard J. Swanson, Esq.
>Counsel for Intervenor Felicia Pierot Brody
>Arnold & Porter LLP
>399 Park Avenue, 35th Floor
>New York, NY 10022.

Copies of the delivery receipts showing that these papers were received on September 21, 2010 are attached.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on September 21, 2010.

_____
JOHN J. GRAUBARD

## Graubard, John J.

| | |
|---|---|
| **From:** | UPS Quantum View [auto-notify@ups.com] |
| **Sent:** | Tuesday, September 21, 2010 10:25 AM |
| **To:** | Graubard, John J. |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZA3747T0193975227 |

\*\*\*Do not reply to this e-mail. UPS and SEC-NY REGIONAL will not receive your reply.

**At the request of SEC-NY REGIONAL, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:**   1ZA3747T0193975227
**Delivery Date / Time:** 21-September-2010 / 9:51 AM

**Delivery Location:** RECEPTION
**Signed by:** KITTER

## Shipment Detail

**Ship To:**
Lara J. Brody, Esq.
Lieberman Brody LLP
1370 6TH AVE
NEW YORK
NY
10019
US

| | |
|---|---|
| **Number of Packages** | 1 |
| **UPS Service:** | NEXT DAY AIR |
| **Weight:** | 0.5 LBS |
| **Reference Number 1:** | CIM |

1

# Graubard, John J.

| | |
|---|---|
| **From:** | UPS Quantum View [auto-notify@ups.com] |
| **Sent:** | Tuesday, September 21, 2010 11:00 AM |
| **To:** | Graubard, John J. |
| **Subject:** | UPS Delivery Notification, Tracking Number 1ZA3747T0190200836 |

\*\*\*Do not reply to this e-mail. UPS and SEC-NY REGIONAL will not receive your reply.

**At the request of SEC-NY REGIONAL, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:**   1ZA3747T0190200836
**Delivery Date / Time:** 21-September-2010 / 10:20 AM

**Delivery Location:** MAIL ROOM
**Signed by:** SHAW

## Shipment Detail

**Ship To:**
Richard J. Swanson, Esq.
Arnold & Porter LLP
399 PARK AVE
FLOOR 35
NEW YORK
NY
10022
US

| | |
|---|---|
| **Number of Packages** | 1 |
| **UPS Service:** | NEXT DAY AIR |
| **Weight:** | 0.5 LBS |
| **Reference Number 1:** | CIM |

1